JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.P., a minor by and through his guardian ad litem, C.P., <br><br> Plaintiff, <br><br> v. <br><br> GLENDALE UNIFIED SCHOOL DISTRICT, AND DOES 1-10, <br><br> Defendants. | Case No. CV-16-1404-GW(FFMx) <br><br> **JUDGMENT** |

For the reasons stated in this Court's prior rulings on January 26, 2017 (*see* Docket No. 44), March 20, 2017 (*see* Docket No. 65), March 22, 2017 (*see* Docket No. 66), and April 17, 2017 (*see* Docket No. 69), Defendant Glendale Unified School District's Motion for Partial Summary Judgment is GRANTED as to causes of action 1, 2, 4, and 5. Additionally, pursuant to 28 U.S.C. § 1367(a), the Court declines to exercise supplemental jurisdiction over remaining causes of action 3 and 6; they are dismissed without prejudice. Hence, this is a final judgment in this matter.

Because the Defendant did not prevail as to all causes of action, costs are not awarded.

Dated: This ___ day of April, 2017.

_____
GEORGE H. WU
United States District Court Judge