JS-6

Surisa Rivers, State Bar No. 250868
RIVERS LAW, INC., APC
2600 Foothill Blvd. Suite 203
La Crescenta, CA 91214
Phone: (818) 330-7012
Fax: (213) 402-6077
surisa@riverslawinc.com


Shawna L. Parks (SBN 208301)
LAW OFFICE OF SHAWNA L. PARKS
4470 W. Sunset Blvd., Suite 107-347
Los Angeles, CA 90027
Phone/Fax: (323) 389-9239
*sparks@parks-law-office.com*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.P., a minor, by and through his guardian ad litem, C.P.,<br><br>       Plaintiff,<br><br>    v.<br><br>GLENDALE UNIFIED SCHOOL DISTRICT, AND DOES 1-10 inclusive,<br><br>       Defendants.<br>_____ | Case No.: CV 16-1404-GW-FFMx<br><br>**Order Granting Plaintiff's Unopposed Motion for Approval of Minor's Compromise**<br><br>Date:   November 19, 2020<br>Time:   8:30 a.m.<br>Court:  9D<br><br>Hon. George Wu, United States District Judge |

**ORDER**

Having read and considered Plaintiff's Unopposed Motion for an Order Approving Minor's Compromise of the Pending Action for A.P.; the Memorandum of Points and Authorities in Support Thereof; the concurrently-filed Declarations of Surisa Rivers and Plaintiff's parent and guardian ad litem, C.P.; the papers and records on file with this Court in this action; and good cause having been shown, the Court finds that the settlement agreement is in the best interest of Plaintiff, A.P.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion to Approve the Minor's Compromise of the Pending Action for A.P. is GRANTED;

2. Plaintiff, A.P., shall receive $30,000 in settlement funds, to be transferred directly from the Rivers Law, Inc. Client Trust Account to the Account for Deposit as ordered by the Superior Court Judge in A.P.'s state case, BC651816;

3. Plaintiff's counsels' attorneys' fees and costs of $61,000, are hereby approved.

4. This action is dismissed with prejudice with the Court to retain jurisdiction to enforce the settlement.

IT IS SO ORDERED.

Dated: November 19, 2020

HON. GEORGE H. WU,
United States District Judge